UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:05-cr-33-T-26EAJ

RACHAUD KITCHENS
_____/

**O R D E R**

**UPON DUE CONSIDERATION**, it is ordered and adjudged that the Defendant's Motion Requesting Correction of Clerical Errors (Dkt. 214) is denied. The Defendant shall first present the documentation attached to his motion to his classification officer at the Bureau of Prisons to remedy what he claims is an error with regard to the issue of his self-surrendering to authorities.

**DONE AND ORDERED** at Tampa, Florida, on April 28, 2015.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Defendant, *pro se*